**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>DEANGELO PALMER, )<br><br>Defendant. ) | Criminal Action No. 26-37 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the arraignment held on March 9, 2026, it is hereby

**ORDERED** that, on or before March 20, 2026, the defendant shall file his motion to suppress. It is further

**ORDERED** that, on or before April 10, 2026, the government shall file its response in opposition to the defendant's motion to suppress. It is further

**ORDERED** that, on or before April 17, 2026, the defendant shall file his reply in response to the government's opposition. It is further

**ORDERED** that, on April 29, 2026, at 10:00 a.m., the parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 for a hearing on the defendant's motion to suppress. It is further

**ORDERED** that, based upon the defendant's representations that he will be filing a motion to suppress, and the Court having set deadlines and scheduled a hearing for the resolution of the motion, the time from March 9, 2026, to April 29, 2026, is excluded under the Speedy Trial Act.

**SO ORDERED** this 10th day of March, 2026.

REGGIE B. WALTON
United States District Court Judge

2