**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES of AMERICA**<br><br>**v.**<br><br>**DEANGELO PALMER,**<br><br>*Defendant.* | **Criminal No.: 1:26-cr-00037-RBW**<br>**Judge: Reggie B. Walton**<br>**Next Event:**<br>**Motion Hearing April 17, 2026** |

## ENTRY OF APPEARANCE

Please enter the appearance of attorney Joseph Caleb for Defendant DeAngelo Palmer in the above-captioned matter.

Respectfully submitted,

_____

Joseph P. Caleb, Esq.
Bar No. 495383
CalebLaw, PLLC
1100 H St NW
Suite 315
Washington, DC 20005
E-mail: joseph@caleblaw.io

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March 2026 a copy of the foregoing Entry of Appearance was filed and served upon all counsel of record via the Court's electronic filing system.

 

_____
Joseph Caleb, Esquire

2